Basile & Testa, P.A.
424 Landis Avenue
Vineland, NJ 08360
(856)-691-2300
Attorneys for Plaintiff
TWH-0898

[Doc. No. 6]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ZIELKE'S GREENHOUSES, INC., | : UNITED STATES DISTRICT COURT |
| | : DISTRICT OF NEW JERSEY |
| Plaintiff | : |
| | : CIVIL ACTION NO: 1:10-CV-03195-JEI-JS |
| vs. | : |
| | : |
| BIO-COMP., INC. and K.C. SCHAEFER | : **PLAINTIFF'S CONSENT TO** |
| SUPPLY CO., INC., | : **EXTENSION OF DEFENDANTS'** |
| | : **TIME TO FILE ANSWERS** |
| Defendants | : |
| | : |

Zielke's Greenhouses, Inc., the Plaintiff in the within matter (the "Corporation"), hereby consents to the extension of time within which Defendants Bio-Comp, Inc. and K.C. Schaefer Supply Co., Inc. may answer, move, or otherwise reply to the Complaint filed by Plaintiff herein, and it is represented that:

1. Defendant Bio-Comp, Inc. was served on 06/25/2010 and Defendant K.C. Schaefer Supply Co., Inc. was served on 06/28/2010.

2. Defendants' answers are due to be filed by 08/09/2010.

Dated: July 19, 2010

/s/ Todd W. Heck (TH0898)
TODD W. HECK, ESQUIRE
BASILE & TESTA, P.A.
424 Landis Avenue
Vineland, NJ 08360
Phone: (856) 691-2300
Fax: (856) 691-5655
theck@basiletesta.com

So Ordered this 17th day
of August, 2010

JOEL SCHNEIDER, USMJ

1